IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KRISTY M. GRAFF,           )
    Plaintiff,            )
                 )
     v.                 ) Civil Action No. 08-207
                 )
SUBBIAH CARDIOLOGY          )
ASSOCIATES, LTD.,           )
    Defendant.            )

ORDER

AND NOW this 19th day of February, 2008, pursuant to

28 U.S.C. §455, I hereby recuse myself from the above-

captioned matter and direct the Clerk of Court to reassign

the case to another judge.

BY THE COURT:

_____, J.

cc:  all parties of record