IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KRISTY M. GRAFF,  )
    Plaintiff,  )
  )
v.  ) Civil Action No. 08-207
  )
SUBBIAH CARDIOLOGY  )
ASSOCIATES, LTD.,  )
    Defendant.  )

## ORDER

AND NOW this 19th day of February, 2008, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign the case to another judge.

BY THE COURT:

_____, J.

cc: all parties of record